# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| The Parent Project for Muscular Dystrophy Research, Inc., | : : | Case No.  2:22-cv-04432-HHW-EPD |
| Plaintiff, | : : | Judge Michael H. Watson |
| v. | : : | Magistrate Judge Elizabeth A. Preston Deavers |
| Research Institute at Nationwide Children's Hospital, Inc., d/b/a The Abigail Wexner Research Institute, | : : : : | |
| Defendant. | : | |

**PLAINTIFF PARENT PROJECT FOR MUSCULAR
DYSTROPHY RESEARCH, INC'S OBJECTIONS AND ANSWERS
TO DEFENDANT RINCH'S FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rule of Civil Procedure 33 and Local Civil Rule 26.1, Plaintiff, Parent Project for Muscular Dystrophy Research, Inc. ("PPMD"), submits the following objections and answers to Defendant Research Institute at Nationwide Children's Hospital, Inc.'s ("RINCH's") First Set of Interrogatories.

GENERAL OBJECTIONS

1.  PPMD objects to each Interrogatory and the Instructions to the extent that any seeks to impose an obligation on PPMD more burdensome than what is required by the Federal Rules of Civil Procedure, Court order, or other law applicable to PPMD's answers.

2.  PPMD objects to each Interrogatory to the extent that it seeks information protected by the attorney-client privilege or work product doctrine.

3.  PPMD objects to each Interrogatory that seeks information not relevant to any party's claim or defense (issues in dispute) and not proportional to the needs of the case.

4. PPMD objects to each Interrogatory that is vague, overly broad, or unduly burdensome.

5. PPMD objects to each Interrogatory that does not include a time frame, reference, restriction or limitation, as overly broad, unduly burdensome, and seeking information not relevant to any party's claim or defense and not proportional to the needs of the case.

6. PPMD objects to each Interrogatory using the phrase "all factual and legal bases" as unduly burdensome and seeks information not proportional to the needs of the case.

## ANSWERS AND SPECIFIC OBJECTIONS

**1**: Identify all factual and legal bases for your claim that Defendant has breached the Award.

**ANSWER:** PPMD incorporates the General Objections set forth above and further objects that this Interrogatory is unduly burdensome and premature in that it seeks an answer prior to the completion of discovery during which additional factual and legal bases for PPMD's claim may be discovered, and trial at which all factual and legal bases for such claim are required to be presented. Without waiving its objections, PPMD refers RINCH to the Complaint filed by PPMD against RINCH on December 20, 2022, and the Corrected Exhibit filed by PPMD on December 21, 2022, each in the U.S. District Court for the Southern District of Ohio, Case No. 2:22-cv-04432-HHW-EPD. In addition, PPMD refers RINCH to PPMD's Opposition to RINCH's motion to dismiss, the parties' Joint Rule 26(f) Report, and PPMD's Rule 26(a)(1) Initial Disclosures that were served on RINCH on March 31, 2023.

**2**: Identify all factual and legal bases for your claim that you are entitled to declaratory and injunctive relief in this action.

**ANSWER:** PPMD incorporates the General Objections set forth above and further objects that this Interrogatory is unduly burdensome and premature in that it seeks an answer prior to the completion of discovery during which additional factual and legal bases for PPMD's claim may

be discovered, and trial at which all factual and legal bases for such claim are required to be presented. Without waiving these objections, PPPMD refers RINCH to the Complaint filed by PPMD against RINCH on December 20, 2022, and the Corrected Exhibit filed by PPMD on December 21, 2022, each in the U.S. District Court for the Southern District of Ohio, Case No. 2:22-cv-04432-HHW-EP. In addition, PPMD refers Defendant to PPMD's Opposition to RINCH's motion to dismiss, the parties' Joint Rule 26(f) Report and PPMD's Rule 26(a)(1) Initial Disclosures that were served on RINCH on March 31, 2023.

**3:** Identify all factual and legal bases for your claim that you are entitled to indemnification.

**ANSWER:** PPMD incorporates the General Objections set forth above and further objects that this Interrogatory is unduly burdensome and premature in that it seeks an answer prior to the completion of discovery during which additional factual and legal bases for PPMD's claim may be discovered, and trial at which all factual and legal bases for such claim are required to be presented. Without waiving these objections, PPMD refers RINCH to the Complaint filed by PPMD against RINCH on December 20, 2022, and the Corrected Exhibit filed by PPMD on December 21, 2022, each in the U.S. District Court for the Southern District of Ohio, Case No. 2:22-cv-04432-HHW-EP, and, in addition, states that the attorney's fees and expenses paid or owed by PPMD to its attorneys through final resolution of Case No. 2:22-cv-04432-HHW-EP serves as a factual basis for PPMD's claim that it is entitled to indemnification. In addition, PPMD refers RINCH to PPMD's Opposition to RINCH's motion to dismiss, the parties' Joint Rule 26(f) Report, and PPMD's Rule 26(a)(1) Initial Disclosures that were served on RINCH on March 31, 2023.

**4:** Identify all factual and legal bases for your contention that you are entitled to damages in this case, including but to limited to money damages, costs, expenses and/or attorney's fees.

3

**ANSWER:**  PPMD incorporates the General Objections set forth above, the Specific Objections set forth in Answers to Interrogatory 1, 2, and 3, and refers RINCH to PPMD's Answers to Interrogatory 1, 2, and 3.  Without waiving these and its General Objections, PPMD refers RINCH to documents produced or to be produced in response to RINCH's First Set of Requests for Production of Documents and Things.

**5:**  Identify with particularity each agreement between PPMD and Sarepta.  A complete answer to this request will include the date the agreement was reached, the Persons making the Agreement, and the complete subject matter of the agreement.

**ANSWER:**  PPMD incorporates the General Objections set forth above and specifically objects to this interrogatory on the ground that it seeks information not relevant to the issues in dispute and not proportional to the needs of the case.  Without waiving this and its General Objections, PPMD refers RINCH to documents produced or to be produced in response to RINCH's First Set of Requests for Production of Documents and Things.

**6:**  Identify with particularity each Person who, since 2012, received an award and/or grant from PPMD, or entered into an agreement relating to research with PPMD, that is subject to an intellectual property policy of PPMD.  A complete answer to this request will include the name, address, and all known contact information for the Person.

**ANSWER:** PPMD incorporates the General Objections set forth above and further objects to the extent this Interrogatory seeks an answer that is not relevant to issues in dispute and is not proportional to the needs of the case. Without waiving these and its general objections, PPMD responds that Jerry Mendell and RINCH received an award or grant from PPMD.

**7:** Identify with particularity each Person who, since 2012, received an award and/or grant from PPMD, or entered into an agreement relating to research with PPMD, that provides for PPMD to share in income received by the Person. A complete answer to this request will include the name, address, and all known contact information for the Person.

**ANSWER:** PPMD incorporates the General Objections set forth above and further objects to the extent this Interrogatory seeks an answer that is not relevant to the issues in dispute and is not proportional to the needs of the case. Without waiving these and its general objections, see response to Interrogatory 6, above.

                                                        Respectfully submitted,

Date: April 24, 2023

/s/ David P. Shouvlin
David P. Shouvlin (0066154)
C. Darcy Jalandoni (0086981)
Porter Wright Morris & Arthur LLP
41 South High Street, Suites 2800-3200
Columbus, OH 43215
(614) 227-2045 (t)
dshouvlin@porterwright.com
djalandoni@porterwright.com

Of Counsel:
Kenneth I. Schaner
David M. Lubitz
Schaner & Lubitz, PLLC
4550 Montgomery Avenue
Suite 1100N
Bethesda, MD 20814
(240) 482-2849 (t)
(240) 482-2849 (t)
ken@schanerlaw.com
david@schanerlaw.com

5

## **VERIFICATION**

The matters stated in the foregoing Answers to Interrogatories are not all within my personal knowledge, and I am informed and believe that there is no employee or officer of Parent Project Muscular Dystrophy Research, Inc. ("PPMD") who has personal knowledge of all such matters. These Answers to Defendant RINCH's First Set of Interrogatories were prepared by persons at the direction of PPMD and its attorneys using materials from various sources including the records and files of PPMD, and I am informed by those individuals that the facts stated in these responses are true. I verify under penalty of perjury that the Answers above are true and correct to the best of my information, knowledge, and belief, and I hereby sign the foregoing for and on behalf of PPMD.

                                                                                   Pat Furlong
President & Chief Executive Officer

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I caused the foregoing to be served on the following counsel of record via electronic mail:

William G. Porter, Trial Attorney (0017296)
Kara M. Mundy (0091146)
Vorys, Sater, Seymour and Pease LLP
52 E. Gay St.
Columbus, OH 43215-1008
Tel: (614) 464-5448/5669
Fax (614) 719-4709 (fax)
wgporter@vorys.com
kmmundy@vorvs.com

John V. Gorman (PHV)
Morgan, Lewis & Bockius LLP
1201 North Market Street, Suite 2201
Wilmington, DE 19801
Tel: (302) 574-7297
Fax: (302) 574-3001
john.gorman@morganlewis.com

*Attorneys for Research Institute at Nationwide Children's Hospital, Inc., d/b/a The Abigail Wexner Research Institute*

/s/ David P. Shouvlin
David P. Shouvlin (0066154)

22347506v1