# EXHIBIT G

David P. Shouvlin
dshouvlin@porterwright.com
www.porterwright.com

Porter Wright
Morris & Arthur LLP
41 South High Street
Suites 2800-3200
Columbus, OH 43215

Direct:  614.227.2045
Fax:  614.227.2100
Main:  614.227.2000

www.porterwright.com
porterwright

CHICAGO
CINCINNATI
CLEVELAND
COLUMBUS
DAYTON
NAPLES
PITTSBURGH
TAMPA
WASHINGTON, DC

June 2, 2023

VIA ELECTRONIC MAIL

John V. Gorman, Esq.
Morgan, Lewis & Bockius LLP
1201 North Market Street, Suite 2201
Wilmington, DE  19801

RE:   Discovery issues

Dear John:

      This is in response to your letter of May 24, 2023.  Note that with respect to all of the items and issues addressed below, PPMD will not be producing documents subject to the attorney-client privilege, work product doctrine, or other applicable privileges.

      <u>Request for Production ("RFP") No. 6</u>:  It is correct that PPMD is not withholding documents related to drafts of the Award or documents making reference to any such drafts.

      <u>RFP Nos. 8 and 13</u>:  As previously stated, PPMD's document search and production will likely capture documents responsive to this request; PPMD is not withholding any.

      <u>RFP No. 11</u>:  As previously stated, PPMD will produce communications with Sarepta regarding PPMD's dispute with NCH.

      <u>RFP No. 12 and Interrogatory ("Int.") No. 5</u>:  PPMD has had agreements with Sarepta regarding matters unrelated and not relevant to the subject(s) of the present litigation. PPMD does not intend to produce such documents.

      <u>RFP No. 15</u>:  PPMD's search terms should identify documents subject to this RFP, and PPMD will produce those documents.

      <u>RFP No. 16</u>:  PPMD's general search terms will likely identify documents that directly or indirectly make reference to the patents NCH listed.  But, as previously explained, PPMD has not undertaken an analysis of its documents to try to ascertain whether any of them actually fall within the broad scope of this request.

John V. Gorman, Esq.
VIA ELECTRONIC MAIL
Page 2

   <u>RFP Nos. 23, 24, and 27-30 and Int. Nos. 6 and 7</u>: As PPMD has previously expressed, these discovery requests seek documents or information not relevant to the issues in dispute in this litigation. PPMD does not believe NCH is entitled to information regarding PPMD's dealings with third parties on matters unrelated to those in this case. Therefore, it is difficult for PPMD to imagine how these discovery requests could be narrowed to request relevant information. However, to the extent they may be refashioned for that purpose, PPMD believes NCH should assume responsibility to make the initial effort to narrow the broad scope of them.

   <u>RFP No. 26</u>: PPMD is not withholding documents related to changes to its intellectual property policies with NCH and intends to produce the intellectual property policies to which PPMD and NCH have agreed within the time frame identified by NCH in its request. To the extent PPMD has other or different policies with other third parties, they are not relevant to PPMD's policies with NCH, and PPMD has not conducted a search related to them.

   <u>Interrogatories 4 and 5</u>: PPMD agrees with the proposal.

   Finally, I should note that Darcy Jalandoni, who also participated in our telephone conference on May 22, 2023, has been out of the office and will be unavailable until June 6. Darcy has not had an opportunity to review this letter, and may wish to modify it to the extent her recollection of our discussion during the conference call differs from mine.

            Sincerely,

            *David P. Shouvlin*

            David P. Shouvlin

cc. William G. Porter, Esq.
  Kara M. Mundy, Esq.
  David Lubitz, Esq.
  C. Darcy Jalandoni, Esq.

DPS:sb