# EXHIBIT I

Page 1 of 2

# Parent Project
# Muscular Dystrophy
### LEADING THE FIGHT TO END DUCHENNE

January 19, 2012

Federica Montanaro, Ph.D.
Assistant Professor
Pediatrics
The Research Institute at Nationwide Children's Hospital
700 Children's Drive
Columbus, OH 43205

#### * * * * NOTICE OF AWARD * * * *

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your supplemental grant proposal titled, "Analysis of protein interactions mediated by micro-dystrophin in the mdx heart--Supplement" has been approved for support.

The amounts noted below include 5% institutional overhead and are in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
| --- | --- |
| $52,500.00 | February 1, 2011 – January 31, 2013 |

This award will be paid in a single installment by PPMD's National Office and will be mailed to the following address:

Payable to: **Research Institute at Nationwide Children's Hospital**

Finance and Sponsored Projects
Research Institute at Nationwide Children's Hospital
700 Children's Drive
Columbus, OH 43205

Contact Person: Lori Plato, 614-355-2967, lori.plato@nationwidechildrens.org

Please return the award letter after appropriate signatures have been obtained via email to Sharon Hesterlee (sharon@parentprojectmd.org), indicating acceptance of this award, within two (2) weeks of the date of this notice.

The undersigned accept this award and agree to fully comply with terms described in this award letter.

Federica Montanaro, PPMD Supplemental Award

Page **2** of **2**

_(signature)_
_____
Principle Investigator

_(signature)_
_____
Authorized Institutional Officer

1-19-2012
_____
Date

_(handwritten date)_
_____
Date

cc: Pat Furlong, PPMD President and CEO
    Nancy Gross, PPMD CFO
    Financial Officer, Nationwide Children's Hospital

Federica Montanaro, PPMD Supplemental Award

Page 1 of 2



## Parent Project
## Muscular Dystrophy
LEADING THE FIGHT TO END DUCHENNE

August1, 2012

Kevin Flanigan, M.D.
Professor
Center for Gene Therapy
The Research Institute, WA3014
Nationwide Children's Hospital
700 Children's Drive

### * * * * NOTICE OF AWARD * * * *

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your meeting proposal titled, "NCH/Wellstone/OSU Myology Course" has been approved for support.

The amount noted below includes 5% institutional overhead and is in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
| --- | --- |
| $25,440.00 | September 10-14, 2012 |

This award will be paid in a single installment by PPMD's National Office by September 1, 2012 and will be mailed to the following address:

Payable to:    Research Institute at Nationwide Children's Hospital

Finance and Sponsored Projects
Research Institute at Nationwide Children's Hospital
PO Box 715245
Columbus, OH 43271-5245
Contact Person: Lori Plato, (614) 355-2967, lori.plato@nationwidechildrens.org
Tax ID # 1316056230

Please return the award letter after appropriate signatures have been obtained via email to Sharon Hesterlee (sharon@parentprojectmd.org), indicating acceptance of this award, within two (2) weeks of the date of this notice.

Page 2 of 2

The undersigned accept this award and agree to fully comply with terms described in this award letter.

_Kevin M Fly_
Principle Investigator

_8/13/12_
Date

_[signature]_
Authorized Institutional Officer

_8/6/12_
Date

cc: Pat Furlong, PPMD President and CEO
Nancy Gross, PPMD Accountant
Financial Officer, Nationwide Children's Hospital

Kevin Flanigan, PPMD Meeting Award

Page 1 of 2



# Parent Project
# Muscular Dystrophy

LEADING THE FIGHT TO END DUCHENNE

May 7, 2013

Kevin Flanigan, M.D.
Professor
Center for Gene Therapy
The Research Institute, WA3014
Nationwide Children's Hospital
700 Children's Drive

**＊＊＊＊ NOTICE OF AWARD ＊＊＊＊**

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your meeting proposal titled, "Second Annual NCH/Wellstone/OSU Myology Course" has been approved for support.

The amount noted below includes 5% institutional overhead and is in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
|---|---|
| $22,182.66 | August 26, 2013 |

This award will be paid in a single installment by PPMD's National Office and will be mailed to the following address:

Payable to:    Research Institute at Nationwide Children's Hospital

Finance and Sponsored Projects
Research Institute at Nationwide Children's Hospital
700 Children's Drive
Columbus, OH 43205
Contact Person: Lori Plato, (614) 355-2967, lori.plato@nationwidechildrens.org
Tax ID # 316056230

Please return the award letter after appropriate signatures have been obtained via email to Sharon Hesterlee (sharon@parentprojectmd.org), indicating acceptance of this award, within two (2) weeks of the date of this notice.

The undersigned accept this award and agree to fully comply with terms described in this award letter.

Kevin Flanigan, PPMD Meeting Award

Page 2 of 2

_Kevi M. Planga_____                    _10/16/13_____
Principle Investigator                          Date

_____                        _10/16/3_____
Authorized Institutional Officer                Date

cc: Pat Furlong, PPMD President and CEO
    Nancy Gross, PPMD CFO
    Financial Officer, Nationwide Children's Hospital

Kevin Flanigan, PPMD Meeting Award

Page 1 of 2



**Parent Project
Muscular Dystrophy**

LEADING THE FIGHT TO END DUCHENNE

July 25, 2014

Kevin Flanigan, M.D.
Professor
Center for Gene Therapy
The Research Institute, WA3014
Nationwide Children's Hospital
700 Children's Drive

### * * * * *NOTICE OF AWARD* * * *

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your meeting proposal titled, "Third Annual NCH/Wellstone/OSU Myology Course" has been approved for support.

The amount noted below includes 5% institutional overhead and is in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
|---|---|
| $50,000 | August 25-29, 2014 |

This award will be paid in a single installment by PPMD's National Office and will be mailed to the following address:

Payable to:   Research Institute at Nationwide Children's Hospital

Finance and Sponsored Projects
Research Institute at Nationwide Children's Hospital
700 Children's Drive
Columbus, OH 43205
Contact Person: Meghan Ventura,
Meaghan.Ventura@nationwidechildrens.org
Tax ID # 316056230

Please return the award letter after appropriate signatures have been obtained via email to Sharon Hesterlee (sharon@parentprojectmd.org), indicating acceptance of this award, within two (2) weeks of the date of this notice.

Page 2 of 2

The undersigned accept this award and agree to fully comply with terms described in this award letter.

_Ken m Ply_____                    _7/31/14_____
Principle Investigator                         Date

_____                         _7/28/14_____
Authorized Institutional Officer               Date

cc:  Pat Furlong, PPMD President and CEO
     Nancy Gross, PPMD CFO
     Financial Officer, Nationwide Children's Hospital

Kevin Flanigan, PPMD Meeting Award

Page 1 of 2



## Parent Project Muscular Dystrophy

LEADING THE FIGHT TO END DUCHENNE

July 17, 2015

Kevin Flanigan, M.D.
Professor
Center for Gene Therapy
The Research Institute, WA3014
Nationwide Children's Hospital
700 Children's Drive

### * * * * NOTICE OF AWARD * * * *

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your meeting proposal titled, "Fourth Annual NCH/OSU/Wellstone Myology Course" has been approved for support.

The amount noted below includes 5% institutional overhead and is in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
|---|---|
| $30,000 | August 24-31, 2015 |

This award will be paid in a single installment by PPMD's National Office and will be mailed to the following address:

Payable to:   Research Institute at Nationwide Children's Hospital

Finance and Sponsored Projects
Research Institute at Nationwide Children's Hospital
700 Children's Drive
Columbus, OH 43205
Contact Person: Kevin Dorgan
Kevin.dorgan@nationwidechildrens.org
Tel: 614-355-6622
Tax ID # 316056230

Please return the award letter after appropriate signatures have been obtained via email to John Porter (john@parentprojectmd.org), indicating acceptance of this award, within two (2) weeks of the date of this notice.

Page 2 of 2

The undersigned accept this award and agree to fully comply with terms described in this award letter.

Kevin Flanigan (electronically)                                7/20/2015
_____                        _____
Principle Investigator                                         Date

_____                        _____
Authorized Institutional Officer                               Date                7/20/15
Aaron Ufferman, MBA
Director, Office of Sponsored Projects

cc:  Pat Furlong, PPMD President
     Nancy Gross, PPMD CFO
     Financial Officer, Nationwide Children's Hospital

Kevin Flanigan, PPMD Meeting Award

Page 1 of 2



# Parent Project Muscular Dystrophy
### LEADING THE FIGHT TO END DUCHENNE

April 15, 2016

Jerry Mendell, M.D.
Professor
Pediatrics, Neurology and Pathology
Director, Center for Gene Therapy
The Research Institute at
Nationwide Children's Hospital
700 Children's Dr. – RM WA 3011
Columbus, OH 43205

**\* \* \* \*NOTICE OF AWARD \* \* \* \***

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your Investigator grant proposal titled, **"Determine incidence and prognosis of clinically significant cardiac, skeletal muscle and cognitive impairment in carriers of DMD and BMD"** has been approved for support.

The amount noted below includes institutional overhead of 5% and is in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
|---|---|
| $452,181 | 4/15/2016 – 4/14/2017 |

This award will be paid in 4 installments according to the following payment schedule by PPMD's National Office and will be mailed to the address indicated on your application:

| | | |
|---|---|---|
| First Payment: | $200,000 | 4/15/2016 |
| Second Payment: | $84,061 | 7/15/2016 |
| Third Payment: | $84,060 | 10/15/2016 |
| Fourth Payment: | $84,060 | 1/15/2017 |

Payable to:    The Research Institute at Nationwide Children's Hospital

Contact:      The Research Institute at Nationwide Children's Hospital
Research Accounts Receivable, Wexner 164
700 Children's Drive
Columbus, OH 43205-2664
Contact: Jennifer Knopsnider
Email: Jennifer.knopsnider@nationwidechildrens.org
Tel: 614-355-3411
Fax: 614-722-2716
Federal Tax ID 31-6056230A1

1. Receipt of the approved Institutional Review Board (IRB) for this project.

2. A final progress report and report of expenditures are due no more than four weeks after the conclusion of the award.

McNally Supplement Award

Page 2 of 2

Please return the award letter after appropriate signatures have been obtained via email to Elizabeth Habeeb-Louks (elizabethh@parentprojectmd.org), indicating acceptance of this award, within two (2) weeks of the date of this notice.

The undersigned accept this award and agree to fully comply with terms described in this award letter and those described in the accompanying PPMD Policy Manual for the Investigator Award.

_____          ___4 / 20 / 16___
Principle Investigator                              Date

_____          ___4 / 4 / 16___
Authorized Institutional Officer                 Date

cc: Pat Furlong, PPMD President
    Nancy Gross, PPMD CFO
    Financial Officer, Nationwide Children's Hospital

McNally Supplement Award

Page 1 of 2

# Parent Project
# Muscular Dystrophy
### LEADING THE FIGHT TO END DUCHENNE

May 18, 2016

Kevin Flanigan, M.D.
Professor
Center for Gene Therapy
The Research Institute, WA3014
Nationwide Children's Hospital
700 Children's Drive

## * * * * *NOTICE OF AWARD* * * *

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your meeting proposal titled, "2016 NCH/OSU Myology Course (5th Annual)" has been approved for support.

The amount noted below includes 5% institutional overhead and is in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
| --- | --- |
| $30,000 | 5/30/16 – 9/30/16 |

This award will be paid in a single installment by PPMD's National Office and will be mailed to the following address:

Payable to:     Research Institute at Nationwide Children's Hospital

Finance and Sponsored Projects
Research Institute at Nationwide Children's Hospital
700 Children's Drive
Columbus, OH 43205
Contact Person: Meaghan Venture
Meaghan.ventura@nationwidechildrens.org
Tel: 614-355-6762
Tax ID # 316056230

Please return the award letter after appropriate signatures have been obtained via email to Elizabeth Habeeb-Louks (elizabethh@parentprojectmd.org), indicating acceptance of this award, within two (2) weeks of the date of this notice.

Kevin Flanigan, PPMD Meeting Award

Page 2 of 2

The undersigned accept this award and agree to fully comply with terms described in this award letter.

Principle Investigator

Date 5/26/15

Authorized Institutional Officer

Date

cc:  Pat Furlong, PPMD President
     Nancy Gross, PPMD CFO
     Financial Officer, Nationwide Children's Hospital

Kevin Flanigan, PPMD Meeting Award



## Parent Project
## Muscular Dystrophy

LEADING THE FIGHT TO END DUCHENNE

December 19, 2016
Linda Cripe, MD
Pediatrics/Cardiology
The Research Institute at Nationwide Children's Hospital
700 Children's Drive
Columbus, OH 43205-2664

**\* \* \* *NOTICE OF AWARD* \* \* \* \***

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your Certified Duchenne Care Center Research Liaison grant proposal has been approved for support.

The amount noted below includes no institutional overhead and is in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
|---|---|
| $25,000 | 1/1/17 – 12/31/17 |

This award will be paid in 2 installments according to the following payment schedule by PPMD's National Office and will be mailed to the address indicated on your application:

First Payment:      1/15/17
Second Payment:   7/15/17

Payable to:    The Research Institute at Nationwide Children's Hospital

Contact:    The Research Institute at Nationwide Children's Hospital
Finance and Sponsored Projects
PO Box 781653
Detroit, MI 48278-1653
Contact: Lisa Smith
Tel: 614-722-2721
FAX: 614-722-2716
Email: resactrcv@nationwidchildrens.org
Federal Tax ID: 31-6056230

1. Each grantee will be responsible for reporting quarterly describing progress made/status of the grant. Due dates for reports shall be 4/1/17, 7/1/17, 10/1/17 and the final report shall be due 2/1/18. Quarterly reports from the grantee should include:
   - Number of Duchenne patients seen in the CDCC this quarter
   - Number of families with whom research was discussed this quarter

Nationwide Children's Liaison Award

Page **2** of **3**

- • New projects/resources developed this quarter (or continued if initiated during a previous quarter) as a result of this grant
- • Opportunities that this grant has afforded to you/your center that was previously (before the grant) not possible

2. Reports from DuchenneConnect will be obtained baseline and every 6 months in order to assess the effectiveness of this effort in increasing the number of participants/amount of data updated in patient profiles.

3. Reports from the Qualtrics will be obtained baseline and every 6 months in order to assess the effectiveness of this effort in increasing the number of surveys obtained.  The question regarding provision of information regarding clinical trials will be assessed to evaluate the effectiveness in improving patient/family access to clinical trial information.

4. At least 3 webinars, 1 hour each, will be provided between January 1, 2017 and December 31, 2017.  These webinars will educate the grantee about DuchenneConnect, online clinical trial resources and expanded access programs.  Additional webinars maybe added as indicated by PPMD, the grantees or the evolution of the Duchenne clinical trial pipeline.

5. Information will be shared with the grantees on an ongoing basis by PPMD and DuchenneConnect as the pipeline of Duchenne clinical trials continues to evolve.

6. Either party may terminate this Agreement at any time upon thirty (30) days prior written notice thereof to the other party, except that either party may terminate this Agreement at any time upon thirty (30) days prior written notice thereof to the other party in the event of a material breach of the Agreement by the other party (provided that such breach is not cured or cannot be cured within the thirty (30) notice period), and except that either party may terminate this Agreement immediately upon written notice to the other party if necessary to protect the health, welfare or safety of any Study subject.

7. Neither party to this Agreement shall use the name of the other party or of any staff member, employee, student, or agent of the other party or any adaptation, acronym or name by which the other party is commonly known, in any advertising, promotional or sales literature or in any publicity without the prior written approval of the party or individual whose name is to be used.

8. The terms of this Agreement can be modified only by a writing, which is signed by authorized representatives of Sponsor and Research Institute at Nationwide Children's Hospital.

Please return the award letter after appropriate signatures have been obtained via email to Elizabeth Habeeb-Louks (elizabethh@parentprojectmd.org), indicating acceptance of this award, within two (2) weeks of the date of this notice.

The undersigned accept this award and agree to fully comply with terms described in this award letter.

Nationwide Children's Liaison Award

Page 3 of 3

_(signature)_

Principle Investigator _____          $\frac{1/10/17}{\text{Date}}$

_(signature)_

Authorized Institutional Officer _____   $\frac{01/04/2017}{\text{Date}}$

cc:  Pat Furlong, PPMD President
     Kelly Dougherty, Senior Vice President, Finance & Administration
     Financial Officer, The Research Institute at Nationwide Children's Hospital

Nationwide Children's Liaison Award



**Parent Project Muscular Dystrophy**

LEADING THE FIGHT TO END DUCHENNE

June 20, 2017

Kevin Flanigan, M.D.
Professor
Center for Gene Therapy
The Research Institute, WA3014
Nationwide Children's Hospital
700 Children's Drive

**＊＊＊＊ *NOTICE OF AWARD* ＊＊＊＊**

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your meeting proposal titled, "2017 NCH/OSU Myology Course (6th Annual)" has been approved for support.

The amount noted below includes 5% institutional overhead and is in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
|---|---|
| $30,000 | 6/30/17 – 9/30/17 |

This award will be paid in two installments by PPMD's National Office according to the payment schedule below and will be mailed to the address indicated in the grant application:

| | |
|---|---|
| $15,000 | 6/30/17 |
| $15,000 | 9/1/17 |

Payable to: Research Institute at Nationwide Children's Hospital

Accounts Receivable
Dept 781653
PO Box 78000
Detroit, MI 48278-1653
Contact Person: Natasha Collins
resactrcv@nationwidechildrens.org
Tel: 614-355-1525
Tax ID # 316056230

Please return the award letter after appropriate signatures have been obtained via email to Elizabeth Habeeb-Louks (elizabethh@parentprojectmd.org), indicating acceptance of this award, within two (2) weeks of the date of this notice.

Kevin Flanigan, PPMD Meeting Award

Page **2** of **2**

The undersigned accept this award and agree to fully comply with terms described in this award letter.

| | |
|---|---|
| *Kevin Flanigan* | Jun 21, 2017 |
| Kevin Flanigan (Jun 21, 2017) | |
| Principle Investigator | Date |
| *Aaron Ufferman* | Jun 23, 2017 |
| Aaron Ufferman (Jun 23, 2017) | |
| Authorized Institutional Officer | Date |

cc: Pat Furlong, PPMD President
    Kelly Dougherty, Senior Vice President, Finance & Administration
    Financial Officer, Nationwide Children's Hospital

Kevin Flanigan, PPMD Meeting Award

Page **1** of **3**



**Parent Project Muscular Dystrophy**

LEADING THE FIGHT TO END DUCHENNE

October 23, 2017

Dr. Kevin Flanigan
Professor
Center for Gene Therapy
The Research Institute at Nationwide Children's Hospital
700 Children's Drive
Columbus, OH 43205-2664

### * * * *NOTICE OF AWARD* * * *

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your Certified Duchenne Care Center Research Liaison grant proposal has been approved for support.

The amount noted below includes no institutional overhead and is in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
|---|---|
| $22,000 | 1/1/18 – 12/31/18 |

This award will be paid in 2 installments according to the following payment schedule by PPMD's National Office and will be mailed to the address indicated on your application:

First Payment:      1/15/18
Second Payment:    7/15/18      Contingent upon receipt and approval of Q2 progress report

Payable to:    The Research Institute at Nationwide Children's Hospital

Contact:    The Research Institute at Nationwide Children's Hospital
Dept 781653
PO Box 78000
Detroit, MI 48278-1653
Contact: Natasha Collins
Tel: 614-355-1525
FAX: 614-355-3426
Email: resactrcv@nationwidchildrens.org
Federal Tax ID: 31-6056230

Nationwide Children's Hospital Liaison Award

Page **2** of **3**

1. Each grantee will be responsible for reporting quarterly describing progress made/status of the grant. Due dates for reports shall be 4/1/18, 7/1/18, 10/1/18 and the final report shall be due 1/15/19. Quarterly reports from the grantee should include:
   - Number of Duchenne patients seen in the CDCC this quarter
   - Number of patients with whom clinical trials were discussed, or to whom the discussion is offered with a goal of engaging with at least 80% of patients
   - New projects/resources developed this quarter (or continued if initiated during a previous quarter) as a result of this grant
   - Opportunities that this grant has afforded to you/your center that was previously (before the grant) not possible

   1. Reports from DuchenneConnect will be obtained baseline and every 3 months in order to assess the effectiveness of this effort in increasing the number of participants/amount of data updated in patient profiles. The number of patients that created or updated DuchenneConnect profiles with a goal of at least 4 new or updated profiles per quarter will be assessed.

   2. Reports from the Qualtrics will be obtained baseline and every 3 months in order to assess the effectiveness of this effort in increasing the number of surveys obtained. The question regarding provision of information regarding clinical trials will be assessed to evaluate the effectiveness in improving patient/family access to clinical trial information. The number of people with whom the Clinical Experiences survey was discussed/completed/information given with a goal of engaging with at least 80% of patients

   3. At least 2 webinars, 1 hour each, will be provided between January 1, 2018 and December 31, 2018. These webinars will educate the grantee about DuchenneConnect, online clinical trial resources and expanded access programs. Additional webinars maybe added as indicated by PPMD, the grantees or the evolution of the Duchenne clinical trial pipeline.

   4. Information will be shared with the grantees on an ongoing basis by PPMD and DuchenneConnect as the pipeline of Duchenne clinical trials continues to evolve


Please return the award letter after appropriate signatures have been obtained via email to Elizabeth Habeeb-Louks (elizabethh@parentprojectmd.org), indicating acceptance of this award, within two (2) weeks of the date of this notice.


Nationwide Children's Hospital Liaison Award

Page 3 of 3

The undersigned accept this award and agree to fully comply with terms described in this award letter.

*Kevin Flanigan*
Kevin Flanigan (Dec 11, 2017)
Principle Investigator

Dec 11, 2017
Date

*Aaron Ufferman*
Aaron Ufferman (Nov 29, 2017)
Authorized Institutional Officer

Nov 29, 2017
Date

cc:  Pat Furlong, PPMD President
    Kelly Dougherty, Senior Vice President, Finance & Administration
    Financial Officer, Nationwide Children's Hospital

Page 1 of 2



December 28, 2017

Paul T. Martin, PhD
Center for Gene Therapy
The Research Institute at Nationwide Children's Hospital
700 Children's Drive
Columbus, OH 43205

*  *  *  *NOTICE OF AWARD* * * *

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform
you that your Investigator grant proposal titled, "Mouse Toxicology Study for Intravenous
Delivery of rAAVrh74.MCK.GALGT2" has been approved for support.

The amount noted below includes institutional overhead of 5% and is in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
|---|---|
| $ 100,000 | 1/1/2018 – 12/31/2018 |

This award will be paid in 2 installments according to the following payment schedule by
PPMD's National Office and will be mailed to the address indicated on your application:

| First Payment: | 1/1/18 | $50,000 | |
|---|---|---|---|
| Second Payment: | 6/15/18 | $50,000 | contingent upon receipt of interim progress report |

Payable to:  Research Institute at Nationwide Children's Hospital(Institution)

Accounts Receivable
Dept 781653
PO Box 78000
Detroit, MI 48278-1653
Contact Person: Natasha Collins
resactrcv@nationwidechildrens.org
Tel: 614-355-1525
Tax ID # 316056230

1. The second grant payment will be contingent upon receipt of an approved interim
   progress report, due 6/1/18.

Martin Investigator Award

Page 2 of 2

2. A final progress report and report of expenditures are due no more than four weeks after the conclusion of the award.

Please return the award letter after appropriate signatures have been obtained via email to Elizabeth Habeeb-Louks (elizabethh@parentprojectmd.org), indicating acceptance of this award, within two (2) weeks of the date of this notice. PPMD recognizes and agrees that Investigator and institution has preexisting inventions/intellectual property that may be impacted by the work performed under this grant proposal and PPMD claims no rights or interest in such inventions or intellectual property. *For purposes of this Award the parties acknowledge and agree that the PPMD policy on Intellectual Property including but not limited to any provisions on revenue sharing as stated in the PPMD Policy Manual for the Investigator Award has no application and PPMD specifically waives and claims no rights , title or interest in any inventions associated with or derived from the project defined in the grant proposal.*

The undersigned accept this award and agree to fully comply with terms described in this award letter and except as provided above those described in the accompanying PPMD Policy Manual for the Investigator Award.

| | |
|---|---|
| *Paul T. Martin* <br> Paul T. Martin (Jan 9, 2018) | Jan 9, 2018 |
| Principal Investigator | Date |
| *Aaron Ufferman* <br> Aaron Ufferman (Jan 9, 2018) | Jan 9, 2018 |
| Authorized Institutional Officer | Date |
| | 1/9/2018 |
| Pat Furlong President PPMD | Date |

cc:

Kelly Dougherty, Senior Vice President, Finance & Administration
Financial Officer, Nationwide Children's Hospital

Martin Investigator Award

Page 1 of 2



February 7, 2018

Kan Hor, Ph.D.
The Research Institute at Nationwide Children's Hospital (RINCH)
Associated Professor of Pediatrics
Pediatrics (The Heart Center)
700 Children's Drive
T3134
Columbus, OH 45229

**\* \* \* \*NOTICE OF AWARD \* \* \* \***

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your Investigator grant proposal titled, "Cardiac Magnetic Resonance Imaging Natural History Study in Duchenne Muscular Dystrophy: A Pathway to Surrogate Biomarkers of DMD-Associated Cardiomyopathy" has been approved for support.

The amount noted below includes institutional overhead of 5% and is in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
|---|---|
| $94,500 | 2/15/2018 – 2/14/2019 |

This award will be paid in 5 installments according to the following payment schedule by PPMD's National Office and will be mailed to the address indicated below:

**Grant Payments**

| Payment Due date | Description of Costs | Amount |
|---|---|---|
| 2/15/2018 | Startup funds | $25,000 |
| 3/1/18 | Complete building of the REDCap database and consolidate multiple databases into a single comprehensive database. | $15,000 |
| 6/1/18 | Completion of data collection and verification. | $25,000 |
| 11/1/18 | Work with statistician, re-initiate discussion with Critical Path Institute (C-PATH) to determine how to analyze this large dataset, and analyze data. | $15,000 |
| 1/30/19 | Share final results with PPMD and C-PATH and other relevant stakeholders at meeting to determine where to go next. | $14,500 |

Payable to:    To Be Completed By Institution Representative

Contact:       Address for Payment

Hor Investigator Award

Page 2 of 2

Contact: The Research Inst. At Nationwide Children's Hospital, ATTN: Office of
Sponsored Projects
Email: resactpay@nationwidechildrens.org
Tel: (614)722-2721
Fax: (614) 722-2761
Federal Tax ID 31-6056230

This grant award is contingent upon:

1. A final progress report and report of expenditures are due no more than four weeks after
   the conclusion of the award. The start of payments is contingent on the execution and
   PPMD's receipt of the signed Grant Agreement and initialed Policy, Terms and
   Conditions. Late paperwork will push back the first payment and possibly the entire
   schedule of payments. Continued payments will be contingent on PPMD receiving
   satisfactory progress and financial reports, as described above and in the attached
   policy manual.

Please return the award letter after appropriate signatures have been obtained via email to
Elizabeth Habeeb-Louks (elizabethh@parentprojectmd.org), indicating acceptance of this
award, within two (2) weeks of the date of this notice.

The undersigned accept this award and agree to fully comply with terms described in this award
letter and those described in the accompanying PPMD Policy Manual for the Investigator
Award.

| | |
|---|---|
| *K. M. Hor, MD*<br>Kan N. Hor (Feb 8, 2018) | Feb 8, 2018 |
| Principle Investigator | Date |
| *Aaron Ufferman*<br>Aaron Ufferman (Feb 8, 2018) | Feb 8, 2018 |
| Authorized Institutional Officer | Date |

cc: Pat Furlong, PPMD President
    Kelly Dougherty, Senior Vice President, Finance & Administration
    Financial Officer The Research Institute at Nationwide Children's Hospital (RINCH)

Hor Investigator Award



**Parent Project
Muscular Dystrophy**
LEADING THE FIGHT TO END DUCHENNE

# PPMD INVESTIGATOR AWARD POLICY

PPMD supports research aimed at developing treatments for Duchenne muscular dystrophy.

The PPMD Investigator Award is part of PPMD's Research Program, which has the mission of identifying and overcoming the inherent regulatory, cultural, financial and logistical barriers to bringing to market new therapeutic drugs or biologics for Duchenne and/or Becker muscular dystrophy.

# PPMD Investigator Award Elements
## Quick Glance

| | |
|---|---|
| Overhead Allowed | No more than 5%, p.4 |
| Travel Expenses Allowed | $2000/year, p.4 |
| Equipment Purchases Allowed | Allowed, p.4 |
| Progress Reports | Within four weeks of the close of the grant year, p.5 |
| Report of Expenditures | Within four weeks of the close of the grant year, p.5 |
| Current IND, IRB Approvals | On file with PPMD before funds will be released, if humans will be used in research, or as described in Award Letter for multi-year projects, p.6 |
| Current IACUC | On file with PPMD before funds will be released if animals are used in research, p.6 |
| Grant Disbursements | Quarterly in evenly divided payments or as specified in Award Letter, p.4 |
| Request for no-cost extension | At least two weeks before the end of the grant term, p.4 |
| Publications | Should be submitted to PPMD upon acceptance; embargos will be honored, p.6 |

*This Quick Glance guide is provided as a convenience for PIs and University Financial Officers, but does not contain all of the requirements or information pertaining to this award.  Please be familiar with the entire grant policy manual, below.*

2

## PPMD Investigator Award

### I.  Purpose

The Parent Project for Muscular Dystrophy Research, Inc., is a national organization formed as a non-profit corporation under the laws of the State of Ohio ("**PPMD**"). PPMD's primary purpose is to support finding viable treatments and a cure for Duchenne and Becker Muscular Dystrophy through a coordinated and collaborated international, multidisciplinary, multi-institutional, focused approach to research.

PPMD has developed the "PPMD Investigator Award" to fund meritorious studies in academic laboratories directly related to the development of new therapies for Duchenne muscular dystrophy.

The PPMD Investigator Award is for one to two years and the payments are contingent on the availability of the research funds, submissions of respective progress reports and report of expenditures. Checks are made payable to Grantee's Institution and are issued quarterly unless other arrangements have been made on an individual basis. The institution's financial officer should establish an account from which the research expenses may be paid under the terms of the approved award.

### II.  Eligibility

Those eligible to apply for an PPMD Investigator Award must:

1.  Be a professional or faculty member at an appropriate educational, medical or research institution and be qualified to conduct and supervise a program of original research;
2.  Have both administrative and financial responsibility for the grant;
3.  Have access to institutional resources necessary to conduct the proposed research project; and
4.  Hold a Doctor of Medicine, Doctor of Philosophy, Doctor of Science or equivalent degree.

### III.  Award Requirements

1.  Progress reports at designated time periods
2.  Record of appropriate institutional/federal regulatory requirements
3.  Timely publication of results

### IV.  Duration of Grant

Grant period is for 1-2 years from the start date of the award. Renewals will be considered on a competitive basis if all grant requirements have been met during the first award period.

### V.  Review Criteria

The application will be evaluated on

- Overall significance of proposal/impact towards developing new treatments for Duchenne muscular dystrophy
- Ability to leverage other funding sources and resources
- Appropriateness of research plan to achieve project goals
- Investigator has access to the appropriate equipment, space and personnel
- Quality and experience of the applicant demonstrate an ability to carry out the project plan
- Budget is realistic and commiserate with the proposed aims

3

## VI.    GRANT PAYMENT

Checks are made payable to the Principal Investigator's institution and are issued annually or semi-annually, according to the Award Letter terms. The institution's financial officer should establish an account from which research expenses may be paid under the terms of the approved award. The institution may not grant to any third party any security interest in the pending funds and should deposit the funds in an interest-bearing account, using and applying any interest earned as additional proceeds of the grant.

## VII.    Authorized Expenses

When PPMD deems them justified by the research, the expenses identified below are permitted under the PPMD Investigator Award:

1. Indirect costs of no more than 5% of the total grant budget.
2. Salary and fringe benefits of any qualified professional at an appropriate level for the institution or industry as justified by the percent effort described in the application budget justification, except where already supported through other mechanisms.
3. Equipment and supply expenses necessary to fulfill the project's specific aims. Equipment purchased solely with PPMD funds belongs to and is considered the property of the investigator
4. Travel expenses directly related to the implementation of the proposed PPMD Investigator Award and capped at a maximum of $2000 per year, unless otherwise specified in the award letter. Travel expenses must be justified in the reports of expenditures due each year for active PPMD grants.
5. Disbursements to collaborators including institutions or contractors, *if approved* as line items in the project budget. Such disbursements should be documented in expense reports.

## VIII.    Unauthorized expenses

The following expenses are not permitted under the PPMD research grants program:

1. Expenses normally covered by the indirect cost of the Principal Investigator's institution or business;
2. Fees for tuition, registration or other fees relating to academic studies; membership dues, subscriptions, books or journals; and/or for or related to moving from one institution to another
3. Any purpose other than to pay indirect costs of 5% and direct research costs as described in the project budget

## IX. Change in Budget

Changes in the budget of an awarded project may be requested by the principal investigator via detailed written notice to PPMD; such changes may include requests to redistribute the award allocations within budget categories or to reduce or increase the award amount. PPMD will review the circumstances under which such a change is requested and will provide a response within a reasonable period of time. PPMD will have no obligation to honor any such requests, although it may choose to do so at its discretion. A request for a "no-cost extension" must be submitted in writing at least two weeks before the end of the grant year for which the extension is requested.

## X.    Change in Status

PPMD has the option of canceling an award at any time with notice for any of the following reasons:

1. If within six months from the scheduled funding start date or the established deadline date for receipt of required reports, PPMD has not received the applicable institutional supporting

documentation (i.e., copy of IRB, IACUC approval letters); PPMD progress/milestone reports; or other documentation as defined by the PPMD Investigator Award Policy.

2. Availability of Organization resources are limited to the extent that continuation of funding of research grants must necessarily be placed on temporary or indefinite hold.

3. For any violation of the guidelines governing PPMD's research grants program as defined by the PPMD Investigator Award Policy.

4. If the grantee has made for the same project a simultaneous resubmission to NIH that is awarded during the duration of the PPMD Investigator Award.

Repayment of unexpended funds, less any uncancelable obligations, may be required by PPMD if a researcher dies or becomes disabled or terminates his or her employment with the Institution or company at any time prior to the end of the award period, and if PPMD chooses not to allow the institution or company to name a new principle investigator. Under these circumstances, any remaining unexpended funds, less any uncancellable obligations, must be returned to PPMD within two weeks and the grant will be considered terminated.

## XI.     Results and Underlying Data

All results of the project and underlying data shall be made available to PPMD in a format that is reasonably usable by PPMD and third party scientific researchers working in the Duchenne and Becker Muscular Dystrophy field (the "Field"). Upon the earlier of publication of results as set forth in Section XII.3. below or the expiration of the first anniversary after submission of the final report as set forth in Section XII.2., PPMD may make available to scientific researchers working in the Field all results and underlying data funded through the Award.

## XII.     Reporting Requirements

PPMD requires regular reports on expenditures, progress and regulatory compliance in order that we may meet the expectations of our donors for fiduciary diligence. Failure to comply with any PPMD grant reporting requirement, as described below, may result in pending payments being "held" until the project is in compliance, and any grant "on hold" more than six months may be terminated. Failure to receive final reports after completion of a project will be noted in subsequent applications for funding by the investigator.

1.    Report of Expenditures

An annual Report of Expenditures (ROE) is required documenting the amount of funding received to date by the institution or company, the disbursement of these funds by the investigator in the various budget categories, and the amount of any pending funds remaining. An ROE template will be sent to the institution or company with the award letter and is also available on line at www.parentprojectmd.org. The ROE must be completed and returned to PPMD no later than four weeks after the end of each year of the active grant. The final ROE is also due no later than four weeks after the completion of the award and should be submitted along with a check for any unexpended funds. All ROEs must be certified by the appropriate institutional or corporate financial officer.

2.    Report of Progress

Progress reports must be submitted one month after the expiration dates of year one (and years two and three if support continues) unless otherwise specified in the award letter. A final report must be submitted no later than four (4) weeks following the grant termination date. PPMD may require additional progress reports as established by the time line for accomplishing project

5

milestones.  Grantees who do not submit final progress reports by the deadline stated here may be ineligible for future funding from the Organization.

3      Publications and Publicity

PPMD expects timely publication of the results of all research projects it supports and requires that every such publication - whether in peer-reviewed journals, meeting abstract formats, or in review articles or similar publications - contain the following statement or its equivalent: *"Supported by Parent Project Muscular Dystrophy"* or *"supported by PPMD."*  The same statement should be included at the end of any public presentation of data arising from the project.  At the time that a paper or abstract is accepted for publication, PPMD should be alerted to the pending publication and the investigator must send a copy of the paper or abstract to PPMD.  PPMD will abide by an embargo requirements.  Failure to send notification of pending publications impairs the ability of PPMD to plan for its own announcements and such failure may be noted in reviews of subsequent applications from the investigator.

PPMD relies upon the public to fund its programs including research projects.  To this end, it is accountable to its donors for how funds are spent and the results of that funding.

## XIII.  Regulatory Compliance

PPMD must have documentation on file indicating that federal and institutional regulatory standards for human research, if applicable, are being met by the investigator for a PPMD-funded project.

1.    Clinical Protocols:  When human subjects, tissues and/or materials are to be used in a research project, it is the responsibility of the Principal Investigator and the institution to ensure that the institution has the following on file:

    a.  A complete copy of the research protocol approved by the Institution's Human Subjects Review Board and a copy of that Board's current approval notice; If multiple sites are involved for clinical testing, PPMD should have copies of each site IRB approval.

    b.  A copy of the patient informed consent form(s) to be used.

A copy of the IRB's current approval notice *must be submitted to PPMD* either at the start of the award or in time for a milestone that involves human subjects, as indicated on the applicant award letter; when the IRB approval expires, usually within one year, a new current copy must be sent to PPMD if the project is still ongoing.  Projects must be in compliance with all policies, rules and regulations governing clinical trials including those of the federal regulatory agencies, the respective university, institution and this PPMD Policy. Failure to provide current documentation of IRB approval within four weeks of the start date of a project (unless otherwise noted in the award letter) or within four weeks of the expiration of version on file may result in project payments being "held." A project that is on hold for more than six months may be subject to cancellation.

2.    Food and Drug Administration:  When experimental drugs and/or experimental medical devices are to be administered to patients, it is the responsibility of the Principal Investigator and the institution to ensure that the institution has the following on file:

    a.  A complete copy of the Investigational New Drug (IND) and/or Investigational Device Exemption (IDE) application approved by the Federal Food and Drug Administration (FDA); and

    b.  Copies of all correspondence during the application and award periods between the FDA and the PPMD Principal Investigator pertaining to the experimental drug(s) and/or device study.

**XIV. Patient Charges**

PPMD requires that patients participating in experimental drug and/or device studies ***not be charged directly*** for any research procedures included under the project's approved protocol. Patients must be fully advised about their responsibility for ancillary costs relating to participation in a research project -- travel, lodging, food, etc.

**XV. ANIMAL RESEARCH**

PPMD investigators should use animals and animal tissues for research purposes only when reasonable and practical alternatives do not exist. When attainment of the specific aims of a project require the use of animals and/or animal tissues, a detailed justification must be included in the research grant application submitted to PPMD. The justification shall include statements confirming that institutional guidelines:

1. Are at least as protective as those of the National Institutes of Health;

2. Conform to all applicable laws and regulations;

3. Meet prevailing community standards for responsible scientific research;

4. Apply throughout the project to ensure the humane treatment of any animals involved in the project.

If animals are used in a PPMD-funded project, a copy of the current Institutional Animal Care and Use Committee ( IACUC) approval must be on file with PPMD before any disbursements of funds will occur. The IACUC should cover the specific project by name funded by PPMD.

**XVI. Conflict of Interest**

Any potential conflict of interest the Principal Investigator(s) or collaborator(s) may have relating to the project must be revealed in the appropriate section of the application. Such conflict would include (but may not be limited to) having a proprietary interest that may be affected by the outcome of a research project. It is expected that PPMD grantees will observe the highest ethical standards in the conduct of research.

7

Page 1 of 1



**Parent Project Muscular Dystrophy**

LEADING THE FIGHT TO END DUCHENNE

June 21, 2018

Dr. Kevin Flanigan
Professor
Center for Gene Therapy
The Research Institute at Nationwide Children's Hospital
700 Children's Drive
Columbus, OH 43205-2664

**\* \* \* \*AMENDMENT \* \* \* \***

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your request to utilize the unexpended funds from Dr. Linda Cripe's PPMD Certified Duchenne Care Center Liaison Grant, (award period 1/1/17 – 12/31/17) as a supplement for use to support programming and travel for your current Certified Duchenne Care Center Research Liaison grant has been approved.

The amount noted below includes no institutional overhead and is in US dollars.

| SUPPLEMENT AMOUNT AWARDED | SUPPORT PERIOD |
|---|---|
| $2,287.09 | 1/1/18 – 12/31/18 |

cc: Kathi Kinnett, MSN, APRN, Senior Vice President, Clinical Care
Kelly Dougherty, Senior Vice President, Finance & Administration
Financial Officer, Nationwide Children's Hospital

Read and Acknowledged:

*Kevin Flanigan*
Kevin Flanigan (Jul 2, 2018)

*Aaron Ufferman*
Aaron Ufferman (Jun 22, 2018)

Kevin Flanigan, PI                    Aaron Ufferman, SO

Nationwide Children's Hospital Liaison Award

Page 1 of 2



May 7, 2019

Jerry Mendell, M.D.
Professor
Pediatrics, Neurology and Pathology
Director, Center for Gene Therapy
The Research Institute at
Nationwide Children's Hospital
700 Children's Dr. – RM WA 3011
Columbus, OH 43205

### * * * *NOTICE OF SUPPLEMENTAL AWARD * * * *

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your Investigator grant proposal titled, "**Determine incidence and prognosis of clinically significant cardiac, skeletal muscle and cognitive impairment in carriers of DMD and BMD**" has been approved for supplemental support.

The amount noted below includes institutional overhead of 5% and is in US dollars.

| AMOUNT AWARDED | EXTENSION PERIOD |
|---|---|
| $390,000 | 11/1/2018 – 12/31/2021 |

This award will be paid in 3 installments according to the following payment schedule by PPMD's National Office and will be mailed to the address indicated on your application:

| | | |
|---|---|---|
| First Payment: | $175,000 | 5/7/2019 |
| Second Payment: | $175,000 | 6/1/2020 |
| Third Payment: | $40,000 | 6/1/2021 |

Payable to:  The Research Institute at Nationwide Children's Hospital

Contact:
The Research Institute at Nationwide Children's Hospital
Dept. 781653
P.O. Box 78000
Detroit, MI 48278-1653
Federal Tax I.D.#: 316056230
Accounts Receivable email address: resactrcv@nationwidechildrens.org

1. Receipt of the approved Institutional Review Board (IRB) for this project.

2. Annual progress and expense reports are due 6/1/2020 and 6/1/2021. The final progress report and report of expenditures are due no more than four weeks after the conclusion of the award. The start of payments is contingent on the execution and PPMD's receipt of the signed Grant Agreement and initialed Policy, Terms and Conditions. Late paperwork will push back the first payment and possibly the entire schedule of payments. Continued

Mendell Supplement Award

Page **2** of **2**

payments will be contingent on PPMD receiving satisfactory progress and financial reports, as described above and in the attached policy manual.

3.  Unspent funds from the initial award granted on April 15, 2016, are allowed to be carried into the supplemental extension award period.

Please return the award letter after appropriate signatures have been obtained via email to Elizabeth Habeeb-Louks (elizabethh@parentprojectmd.org), indicating acceptance of this award, within two (2) weeks of the date of this notice.

The undersigned accept this award and agree to fully comply with terms described in this award letter and those described in the accompanying PPMD Policy Manual for the Investigator Award as revised on May 15, 2019, attached and incorporated herein by reference.

| | |
|---|---|
| _signature_ | May 22, 2019 |
| Dr. Jerry Mendell, MD | Date |
| _Aaron Ufferman_ | May 21, 2019 |
| Aaron Ufferman, Director of Sponsored Projects | Date |
| _signature_ | May 21, 2019 |
| Pat Furlong, PPMD President | Date |

cc: Pat Furlong, PPMD President
    Kelly Dougherty, PPMD Senior Vice President, Finance & Administration
    Financial Officer, Nationwide Children's Hospital

Mendell Supplement Award



# PPMD INVESTIGATOR AWARD POLICY

PPMD supports research aimed at developing treatments for Duchenne muscular dystrophy.

The PPMD Investigator Award is part of PPMD's Research Program, which has the mission of identifying and overcoming the inherent regulatory, cultural, financial and logistical barriers to bringing to market new therapeutic drugs or biologics for Duchenne and/or Becker muscular dystrophy.

## PPMD Investigator Award Elements
## Quick Glance

| | |
|---|---|
| Overhead Allowed | No more than 5%, p.4 |
| Travel Expenses Allowed | $2000/year, p.4 |
| Equipment Purchases Allowed | Allowed, p.4 |
| Progress Reports | Within four weeks of the close of the grant year, p.5 |
| Report of Expenditures | Within four weeks of the close of the grant year, p.5 |
| Current IND, IRB Approvals | On file with PPMD before funds will be released, if humans will be used in research, or as described in Award Letter for multi-year projects, p.6 |
| Current IACUC | On file with PPMD before funds will be released if animals are used in research, p.6 |
| Grant Disbursements | Quarterly in evenly divided payments or as specified in Award Letter, p.4 |
| Request for no-cost extension | At least two weeks before the end of the grant term, p.4 |
| Publications | Should be submitted to PPMD upon acceptance; embargos will be honored, p.6 |

*This Quick Glance guide is provided as a convenience for PIs and University Financial Officers, but does not contain all of the requirements or information pertaining to this award. Please be familiar with the entire grant policy manual, below.*

## PPMD Investigator Award

### I. Purpose

The Parent Project for Muscular Dystrophy Research, Inc., is a national organization formed as a non-profit corporation under the laws of the State of Ohio ("**PPMD**").  PPMD's primary purpose is to support finding viable treatments and a cure for Duchenne and Becker Muscular Dystrophy through a coordinated and collaborated international, multidisciplinary, multi-institutional, focused approach to research.

PPMD has developed the "PPMD Investigator Award" to fund meritorious studies in academic laboratories directly related to the development of new therapies for Duchenne muscular dystrophy.

The PPMD Investigator Award is  for one to two years and the payments are contingent on the availability of the research funds, submissions of respective progress reports and report of expenditures.  Checks are made payable to Grantee's Institution and are issued quarterly unless other arrangements have been made on an individual basis.  The institution's financial officer should establish an account from which the research expenses may be paid under the terms of the approved award.

### II. Eligibility

Those eligible to apply for an PPMD Investigator Award must:

1. Be a professional or faculty member at an appropriate educational, medical or research institution and be qualified to conduct and supervise a program of original research;
2. Have both administrative and financial responsibility for the grant;
3. Have access to institutional resources necessary to conduct the proposed research project; and
4. Hold a Doctor of Medicine, Doctor of Philosophy, Doctor of Science or equivalent degree.

### III. Award Requirements

1. Progress reports at designated time periods
2. Record of appropriate institutional/federal regulatory requirements
3. Timely publication of results

### IV. Duration of Grant

Grant period is for 1-2 years from the start date of the award.  Renewals will be considered on a competitive basis if all grant requirements have been met during the first award period.

### V. Review Criteria

The application will be evaluated on

- Overall significance of proposal/impact towards developing new treatments for Duchenne muscular dystrophy
- Ability to leverage other funding sources and resources
- Appropriateness of research plan to achieve project goals
- Investigator has access to the appropriate equipment, space and personnel
- Quality and experience of the applicant demonstrate an ability to carry out the project plan
- Budget  is realistic and commiserate with the proposed aims

3

**VI.    GRANT PAYMENT**

Checks are made payable to the Principal Investigator's institution and are issued annually or semi-annually, according to the Award Letter terms.  The institution's financial officer should establish an account from which research expenses may be paid under the terms of the approved award.  The institution may not grant to any third party any security interest in the pending funds and should deposit the funds in an interest-bearing account, using and applying any interest earned as additional proceeds of the grant.

**VII.    Authorized Expenses**

When PPMD deems them justified by the research, the expenses identified below are permitted under the PPMD Investigator Award:

1.    Indirect costs of no more than 5% of the total grant budget.
2.    Salary and fringe benefits of any qualified professional at an appropriate level for the institution or industry as justified by the percent effort described in the application budget justification, except where already supported through other mechanisms.
3.    Equipment and supply expenses necessary to fulfill the project's specific aims. Equipment purchased solely with PPMD funds belongs to and is considered the property of the investigator
4.    Travel expenses directly related to the implementation of the proposed PPMD Investigator Award and capped at a maximum of $2000 per year, unless otherwise specified in the award letter.  Travel expenses must be justified in the reports of expenditures due each year for active PPMD grants.
5.  Disbursements to collaborators including institutions or contractors, *if approved* as line items in the project budget.  Such disbursements should be documented in expense reports.

**VIII.    Unauthorized expenses**

The following expenses are not permitted under the PPMD research grants program:

1.    Expenses normally covered by the indirect cost of the Principal Investigator's institution or business;
2.    Fees for tuition, registration or other fees relating to academic studies; membership dues, subscriptions, books or journals; and/or for or related to moving from one institution to another
3.    Any purpose other than to pay indirect costs of 5% and direct research costs as described in the project budget

**IX. Change in Budget**

Changes in the budget of an awarded project may be requested by the principal investigator via detailed written notice to PPMD; such changes may include requests to redistribute the award allocations within budget categories or to reduce or increase the award amount.  PPMD will review the circumstances under which such a change is requested and will provide a response within a reasonable period of time.  PPMD will have no obligation to honor any such requests, although it may choose to do so at its discretion.  A request for a "no-cost extension" must be submitted in writing at least two weeks before the end of the grant year for which the extension is requested.

**X.    Change in Status**

PPMD has the option of canceling an award at any time with notice for any of the following reasons:

1.    If within six months from the scheduled funding start date or the established deadline date for receipt of required reports, PPMD has not received the applicable institutional supporting

documentation (i.e., copy of IRB, IACUC approval letters); PPMD progress/milestone reports; or other documentation as defined by the PPMD Investigator Award Policy.

2. Availability of Organization resources are limited to the extent that continuation of funding of research grants must necessarily be placed on temporary or indefinite hold.

3. For any violation of the guidelines governing PPMD's research grants program as defined by the PPMD Investigator Award Policy.

4. If the grantee has made for the same project a simultaneous resubmission to NIH that is awarded during the duration of the PPMD Investigator Award.

Repayment of unexpended funds, less any uncancellable obligations, may be required by PPMD if a researcher dies or becomes disabled or terminates his or her employment with the Institution or company at any time prior to the end of the award period, and if PPMD chooses not to allow the institution or company to name a new principle investigator. Under these circumstances, any remaining unexpended funds, less any uncancellable obligations, must be returned to PPMD within two weeks and the grant will be considered terminated.

XI. **INTELLECTUAL PROPERTY** ~~PATENT AND LICENSING~~ **POLICY** ~~INFORMATION~~

PPMD~~Grants awarded through PPMD's Research Program are subject to Organization~~'s Intellectual Property Policy shall not apply to the initial or supplemental PPMD award to the Research Institute at Nationwide Children's Hospital for the following study: "Determine incidence and prognosis of clinically significant cardiac, skeletal muscle and cognitive impairment in carriers of DMD and BMD". PPMD's Intellectual Property Policy there~~fore~~ is not included with this version of the Policy~~(see page 7)~~.

XII. **Reporting Requirements**

PPMD requires regular reports on expenditures, progress and regulatory compliance in order that we may meet the expectations of our donors for fiduciary diligence. Failure to comply with any PPMD grant reporting requirement, as described below, may result in pending payments being "held" until the project is in compliance, and any grant "on hold" more than six months may be terminated. Failure to receive final reports after completion of a project will be noted in subsequent applications for funding by the investigator.

1. Report of Expenditures

An annual Report of Expenditures (ROE) is required documenting the amount of funding received to date by the institution or company, the disbursement of these funds by the investigator in the various budget categories, and the amount of any pending funds remaining. An ROE template will be sent to the institution or company with the award letter and is also available on line at www.parentprojectmd.org. The ROE must be completed and returned to PPMD no later than four weeks after the end of each year of the active grant. The final ROE is also due no later than four weeks after the completion of the award and should be submitted along with a check for any unexpended funds. All ROEs must be certified by the appropriate institutional or corporate financial officer.

2. Report of Progress

Progress reports must be submitted one month after the expiration dates of year one (and years two and three if support continues) unless otherwise specified in the award letter. A final report must be submitted no later than four (4) weeks following the grant termination date. PPMD may require additional progress reports as established by the time line for accomplishing project

milestones. Grantees who do not submit final progress reports by the deadline stated here may be ineligible for future funding from the Organization.

3      Publications and Publicity

PPMD expects timely publication of the results of all research projects it supports and requires that every such publication - whether in peer-reviewed journals, meeting abstract formats, or in review articles or similar publications - contain the following statement or its equivalent: "*Supported by Parent Project Muscular Dystrophy*" or "*supported by PPMD.*" The same statement should be included at the end of any public presentation regarding the project. At the time that a paper or abstract is accepted for publication, PPMD should be alerted to the pending publication and the investigator must send a copy of the paper or abstract to PPMD. PPMD will abide by an embargo requirements. Failure to send notification of pending publications impairs the ability of PPMD to plan for its own announcements and such failure may be noted in reviews of subsequent applications from the investigator.

PPMD relies upon the public to fund its programs including research projects. To this end, it is accountable to its donors for how funds are spent and the results of that funding.

## XIII. Regulatory Compliance
PPMD must have documentation on file indicating that federal and institutional regulatory standards for human research, if applicable, are being met by the investigator for a PPMD-funded project.

1.      Clinical Protocols: When human subjects, tissues and/or materials are to be used in a research project, it is the responsibility of the Principal Investigator and the institution to ensure that the institution has the following on file:
    a. A complete copy of the research protocol approved by the Institution's Human Subjects Review Board and a copy of that Board's current approval notice; If multiple sites are involved for clinical testing, PPMD should have copies of each site IRB approval.
    b. A copy of the patient informed consent form(s) to be used.

    A copy of the IRB's current approval notice *must be submitted to PPMD* either at the start of the award or in time for a milestone that involves human subjects, as indicated on the applicant award letter; when the IRB approval expires, usually within one year, a new current copy must be sent to PPMD if the project is still ongoing. Projects must be in compliance with all policies, rules and regulations governing clinical trials including those of the federal regulatory agencies, the respective university and institution and PPMD. Failure to provide current documentation of IRB approval within four weeks of the start date of a project (unless otherwise noted in the award letter) or within four weeks of the expiration of version on file may result in project payments being "held." A project that is on hold for more than six months may be subject to cancellation.

2.      Food and Drug Administration: When experimental drugs and/or experimental medical devices are to be administered to patients, it is the responsibility of the Principal Investigator and the institution to ensure that the institution has the following on file:
    a. A complete copy of the Investigational New Drug (IND) and/or Investigational Device Exemption (IDE) application approved by the Federal Food and Drug Administration (FDA); and
    b. Copies of all correspondence during the application and award periods between the FDA and the PPMD Principal Investigator pertaining to the experimental drug(s) and/or device study.

**XIV.  Patient Charges**

PPMD requires that patients participating in experimental drug and/or device studies ***not be charged directly*** for any research procedures included under the project's approved protocol.  Patients must be fully advised about their responsibility for ancillary costs relating to participation in a research project -- travel, lodging, food, etc.

**XV.   ANIMAL RESEARCH**

PPMD investigators should use animals and animal tissues for research purposes only when reasonable and practical alternatives do not exist.  When attainment of the specific aims of a project require the use of animals and/or animal tissues, a detailed justification must be included in the research grant application submitted to PPMD.  The justification shall include statements confirming that institutional guidelines:

1.   Are at least as protective as those of the National Institutes of Health;

2.   Conform to all applicable laws and regulations;

3.   Meet prevailing community standards for responsible scientific research;

4.   Apply throughout the project to ensure the humane treatment of any animals involved in the project.

If animals are used in a PPMD-funded project, a copy of the current Institutional Animal Care and Use Committee ( IACUC) approval must be on file with PPMD before any disbursements of funds will occur.  The IACUC should cover the specific project by name funded by PPMD.

**XVI.  Conflict of Interest**

Any potential conflict of interest the Principal Investigator(s) or collaborator(s) may have relating to the project must be revealed in the appropriate section of the application.  Such conflict would include (but may not be limited to) having a proprietary interest that may be affected by the outcome of a research project. It is expected that PPMD grantees will observe the highest ethical standards in the conduct of research.

7

8



February 26, 2021

Dr. Kevin Flanigan

### * * * *NOTICE OF AWARD * * * *

On behalf of the Parent Project Muscular Dystrophy, Inc. ("PPMD"), we are pleased to inform you that your Certified Duchenne Care Center has been approved for support in 2021 based on your current adherence to the CDCC standards and continued partnership with PPMD.
The amount noted below includes no institutional overhead and is in US dollars.

| AMOUNT AWARDED | SUPPORT PERIOD |
| --- | --- |
| $5,000 | 1/1/21 – 12/31/21 |

This award will be paid in one (1) installment by PPMD. PPMD prefers to send payments via electronic transfer of funds.

Please provide the following information when you return a signed copy of this notice:

Bank Name:  JP Morgan Chase Bank, N.A.
Bank ABA #:  044000037
Account Title: The Research Institute at Nationwide Children's Hospital
Account #:  789820032
Additional notes or preferred institutional reference note for transfer:  Reference "Lawson 810510"
Federal Tax ID: 31-6056230

In recognition and appreciation for the care and services provided to your Duchenne families, PPMD has awarded $5,000 for Nationwide Children's Hospital use in 2021.  We ask that $2,000 be used for team members to travel to or register for PPMD hosted meetings throughout the rest of the year and $3,000 used for program maintenance/development. Due to the impact of the pandemic on travel and meeting planning, this year we are happy to consider exceptional use application of funding if the entire amount will not be used as outlined above. Please submit requests for exception via email to rachel@parentprojectmd.org to confirm approval for re-allocation of funds during this award period.

PPMD is tremendously grateful for our CDCC network and we thrive on collaborative commitment to the Duchenne community. As we continue to develop and implement programs to better serve the patient community, pilots and novel projects may be initiated by PPMD during the award period. Upon acceptance of this award Nationwide



Children's Hospital recognizes that PPMD will notify Nationwide Children's Hospital that such concepts and planning for pilots and projects is Confidential Information until made public by PPMD.

If Nationwide Children's Hospital receives such Confidential Information from PPMD during the award period, they shall not disclose such information to any third party without PPMD's written consent.

Please return the award letter after appropriate signatures have been obtained via email to Jody Gabbard (jody@parentprojectmd.org), indicating acceptance of this award and stipulations outlined, by March 31, 2021, for April disbursement. Please see the below disbursement schedule for additional details:

For signed award letters received after March 31 but before June 30, disbursement will occur in July 2021.
For signed award letters received after June 30 but before September 30, disbursement will occur in October 2021.
For signed award letters received after September 30, disbursement will occur in December 2021.

The undersigned accept this award and agree to fully comply with terms described in this award letter.

| | |
|---|---|
| _Ken M Flan_ | _3/2/21_ |
| Principle Investigator - Kevin Flanigan, MD | Date |
| _Aaron Ufferman_ | Mar 12, 2021 |
| Aaron Ufferman (Mar 12, 2021 12:34 EST) | |
| Authorized Institutional Officer | Date |
| Aaron Ufferman, Director of Sponsored Projects | |

cc: Pat Furlong, PPMD President
    Jody

401 HACKENSACK AVENUE, 9TH FLOOR
HACKENSACK, NEW JERSEY 07601      ENDDUCHENNE.ORG