# EXHIBIT J

Case: 2:22-cv-04432-MHW-EPD Doc #: 35-10 Filed: 06/21/23 Page: 2 of 3 PAGEID #: 344



ABOUT PPMD

MEET THE TEAM

## MEET THE TEAM

Parent Project Muscular Dystrophy's staff is a dedicated group of passionate people that continually work to assist families in the community. They are available to help round the clock and are deeply committed to fight to end Duchenne.

Find contact information for PPMD's team members below, or contact us by phone at 800-714-5437.



**PAT FURLONG**
President & CEO
pat@parentprojectmd.org

**KAYLAN MOITOSO**
Chief Business Officer
kaylan@parentprojectmd.org



**NIKI ARMSTRONG, MS, CGC**
Associate Vice President, Community Research and Genetic Services
niki@parentprojectmd.org



**ERIC CAMINO, PHD**
Vice President, Research & Clinical Innovation
eric@parentprojectmd.org

**JENNIFER CAPOBIANCO**
Grants Management Coordinator
jennifer@parentprojectmd.org

**ALLY CRIPE**
Development Coordinator
ally@parentprojectmd.org



**BRIAN DENGER**
Community Engagement Coordinator
brian@parentprojectmd.org

**ERIN DRESNICK**
Senior Director, Development
erin@parentprojectmd.org

**MEGAN FREED**
Director, Data and Technology Strategy
megan@parentprojectmd.org

**JODY GABBARD**
Senior Administrative Coordinator
jody@parentprojectmd.org



**KIMBERLY GALBERAITH**
Creative Director
kimberly@parentprojectmd.org



**ALEXIS HAZLETT, RN, MSN, CPN**
Associate Vice President, Clinical Care
alexis@parentprojectmd.org



**NICOLE HERRING**
Vice President, Development & Community Engagement
nicole@parentprojectmd.org

**MARIA IACULLO**
Finance Administrator
maria@parentprojectmd.org



**STEPHANIE IVANOV**
Vice President, Communications & Marketing
stephanie@parentprojectmd.org



ANN MARTIN, MS, CGC
Vice President, Community Research & Genetic Services
ann@parentprojectmd.org



KERRI MCLAUGHLIN
Finance Manager
kerri@parentprojectmd.org



PATRICK MOESCHEN
Advisor, PPMD Adult Advisory Committee
pmoeschen@parentprojectmd.org

KAYLA QUIRIN, MS, CGC
Manager, Community Research and Genetic Services
kayla@parentprojectmd.org



MENA SCAVINA, DO
Advisor, Certified Duchenne Care Center Program
mena@parentprojectmd.org



RACHEL SCHRADER, MS, APRN, CPNP-PC
Vice President, Clinical Care & Education
rachel@parentprojectmd.org



LAUREN STANFORD
Senior Director, Advocacy
lauren@parentprojectmd.org

ELLEN WAGNER
Community Centricity Manager
ellen@parentprojectmd.org



AMANDA WILKISON, RN, BSN
Manager, Clinical Care and Education
amanda@parentprojectmd.org

EMILY ZAVREL
Communications Specialist
emily@parentprojectmd.org

**Parent Project Muscular Dystrophy**

© 2023 Parent Project Muscular Dystrophy | Contact Us | Privacy Policy | EIN 31-1405490

1-800-714-5437 | info@parentprojectmd.org | 1012 14th Street, NW, Suite 500, Washington, DC 20005

 Designed and Developed by **Firefly Partners**