# EXHIBIT M

English  For Healthcare Professionals(https://www.duchenne.com/hcp)  Stay Connected  (/connect)

## Duchenne (/)

| Understanding Duchenne | Treatment Approaches | Considering Clinical Trials | Living with Duchenne | Community Resources | For Healthcare Professionals |

# Education



**CALEB**, living with Duchenne.

School is an important part of any child's life, and it's crucial that children with Duchenne receive adequate support and accommodations in the classroom. Children with Duchenne will generally be eligible for 2 forms of support: an Individualized Education Plan (IEP) and/or a Section 504 plan. Even if a child's symptoms seem mild and easily manageable, an IEP can still be helpful in ensuring your child's continued success in school.



## Stay Connected

Sign up to be the first to know about Duchenne news, education, community support, and current and emerging treatments.

## School and Overcoming



## Obstacles

*Joshua and his mother Diane discuss Joshua's strategies for success in middle school, high school, and beyond.*

## The Individualized Education Plan (IEP)

An IEP is a document that outlines the goals, services, and support plans for a child with a disability or special needs such as Duchenne. The plan is individualized for each child and is developed collaboratively by teachers, a psychologist or social worker, school administrators, health professionals, and parents. Because parents know the day-to-day needs of their child better than anyone else, their role is essential.



### Stay Connected

Sign up to be the first to know about Duchenne news, education, community support, and current and emerging treatments.



## IEP for Duchenne



The IEP is written following a detailed assessment of the child and is updated yearly. An IEP for a child with Duchenne should address the following areas:

- Educational goals
- Basic information about Duchenne and how it progresses
- How Duchenne may impact different curriculum areas
- Any accommodations required for academic success
- Any accommodations required for access, physical and motor activities, etc.
- Any assistive technology, specialized software, or assessments required

## The Section 504 Plan

- The Rehabilitation Act of 1973 is a federal law that contains a section designed to protect the rights of individuals with disabilities. Also known simply as Section 504, the law applies to any programs or activities that receive federal financial assistance
- A 504 plan ensures that students with Duchenne (or other disabilities) can have full access to the same educational opportunities as other children



Ask your child's teacher or school administrator if you believe a 504 plan is needed. You can also consult the Community Resources section (/community-resources/resources-support) of this website for advocacy organizations that can provide useful advice in this area.

### Stay Connected

Sign up to be the first to know about Duchenne news, education, community support, and current and emerging treatments.



PPMD provides many resources to help children with Duchenne get the accommodations they need.

LEARN MORE ABOUT CLASSROOM RESOURCES 

# Higher Education



### Joshua Heads to College

*Education beyond high school brings a whole new set of possibilities into focus. Joshua and Diane talk about what it takes to achieve a new level of independence.*

### Stay Connected

Sign up to be the first to know about Duchenne news, education, community support, and current and emerging treatments.

### Education Beyond High School

College or education beyond high school is an attainable goal for individuals with Duchenne. As with any student, it is helpful to consider and talk about this possibility early in the student's academic career. A student's guidance counselor can be an important source of information and support.

Many colleges and universities have an office or resource center for students with disabilities. These centers serve a number of important functions, including:

- Assessing and documenting a student's disability, and identifying needs
- Planning for reasonable accommodations
- Identifying appropriate resources, technology, and education for the individual, eg, support services such as academic aides and notetakers
- Fostering greater independence through appropriate information and self-advocacy





## Which School Is the Right Fit?

Finding the right match between student and school often requires careful investigation and on-site visits.  In some respects, the challenges of applying for and attending a college, university, or other school are the same for students with Duchenne as they are for other students. Just like any new college student, students with Duchenne want to find their place in college. Joining a club or group on campus is a good way to make friends and feel part of the college.



### Put yourself out there by getting involved and being active.



—Brett, living with Duchenne

The rewards of going to college are not limited to earning a degree—the experience provides a tremendous opportunity for renewed confidence, new friendships, personal growth, and fulfillment.

### Stay Connected

Sign up to be the first to know about Duchenne news, education, community support, and current and emerging treatments.



Contact Us(/contact)     Terms of Use(/terms)     Privacy Policy(/privacy)     Sarepta.com(http://www.s

This site is intended for U.S. audiences only.

©2023 Sarepta Therapeutics, Inc. 215 First Street, Cambridge, MA 02142. All rights reserved.
3/23 C-NP-US-0047

SAREPTA, SAREPTA THERAPEUTICS, the SAREPTA Helix Logo, SAREPTASSIST, the SAREPTASSIST Logo, Support, By Your Side, and Support, By Your Patient's Side are trademarks of Sarepta Therapeutics, Inc. registered in the U.S. Patent and Trademark Office and may be registered in various other jurisdictions.

## Stay Connected

Sign up to be the first to know about Duchenne news, education, community support, and current and emerging treatments.

